**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alejandro Acosta-Fernandez, et al., | Case No. 2:26-cv-00400-CDS-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| United States Fire Insurance Company, | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by April 27, 2026.

IT IS SO ORDERED.

Dated: April 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1