**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alejandro Acosta-Fernandez, et al., | Case No. 2:26-cv-00400-CDS-NJK |
| Plaintiffs, | |
| v. | **ORDER** |
| United States Fire Insurance Company, | |
| Defendant. | |

Pending before the Court is a joint status report regarding the Court's order to file a joint discovery plan.[1] Docket No. 13; *see also* Docket No. 12.

On April 20, 2026, the Court ordered the parties to file a joint discovery plan by April 27, 2026. Docket No. 12.

The parties submit that this matter arises out of a state court matter, and that the Plaintiffs in the state court matter—who are also Plaintiffs in this action—entered default judgment against Terrell Whitmire, Jr. in the state court matter. Docket No. 13 at 1. Further, the parties submit that Plaintiffs' cause(s) of action against Defendant in this matter are directly linked to, and reliant upon, the judgment against Terrell Whitmire, Jr. in the state court matter. *Id.* at 1-2. Additionally, the parties submit that Whitmire, Jr. filed a motion to set aside entry of default and default judgment in the state court matter, which is set for a hearing on May 12, 2026, and that a decision on that motion could potentially moot this action. *Id.* at 2. Therefore, the parties request that the Court vacate its April 20, 2026, order to file a joint discovery plan by April 27, 2026. *Id.* Moreover, the parties submit that if Whitmire, Jr. does not prevail on his motion in the state court matter, the parties in this action will submit a joint discovery plan on or before May 19, 2026. *Id.*

---

[1] LR IA 7-1 provides that all communications with the Court must be styled as a motion, stipulation, or notice. The instant filing requests relief from a Court order, but is improperly styled as a joint status report, rather than a motion or stipulation.

1

Accordingly, the Court **RESETS** the parties' deadline to file a joint discovery plan to May 19, 2026.

IT IS SO ORDERED.

Dated: April 27, 2026

_____
Nancy J. Koppe
United States Magistrate Judge