**JARAD D. BECKMAN, ESQ.**
Nevada Bar No.  12328
**AVERY J. CANTOR, ESQ.**
Nevada Bar No.  16055
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (949) 475-9203
*jdbeckman@ww.law*
*ajcantor@ww.law*

**Attorneys for Defendant**
**UNITED STATES FIRE INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRO ACOSTA-FERNANDEZ, YELENIS MARTIN SEDENO and ROLANDO SILVA-PUPO, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES FIRE INSURANCE COMPANY, <br><br> Defendant | **CASE NO.: 2:26-cv-00400-CDS-NJK** <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** <br><br><br> (***Removed from 8th Judicial District Court, State of Nevada Case No. A-26-937549-C***) |

It is hereby stipulated and agreed by and between Defendant UNITED STATES FIRE INSURANCE COMPANY, by and through their counsel of record, Jarad D. Beckman, Esq. and Avery J. Cantor, Esq., of the law firm Wolfe & Wyman, LLP; and Plaintiffs ALEJANDRO ACOSTA-FERNANDEZ, YELENIS MARTIN SEDENO and ROLANDO SILVA-PUPO, by and through their counsel of record Justin L. Dewey, Esq. of Tingey Injury Law Firm, that all claims and asserted by Plaintiffs ALEJANDRO ACOSTA-FERNANDEZ, YELENIS MARTIN SEDENO and ROLANDO SILVA-PUPO against Defendant UNITED STATES FIRE INSURANCE COMPANY in the above-entitled action be dismissed without prejudice in their entirety, with each party to bear their own respective attorneys' fees and costs.

5285878.1

DATED this 23rd day of June, 2026.

Wolfe & Wyman, LLP

BY: */s/ Avery Cantor*
JARAD D. BECKMAN, ESQ.
Nevada Bar No.  12328
AVERY J. CANTOR, ESQ.
Nevada Bar No.  16055
6757 Spencer Street
Las Vegas, NV  89119
Attorneys for Defendant
**UNITED STATES FIRE INSURANCE COMPANY**

DATED this 23rd day of June, 2026.

Tingey Injury Law Firm

BY:  /s/ *Justin Dewey*
JUSTIN L. DEWEY, ESQ.
Nevada Bar No. 14508
817 S. Main Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: July 13, 2026

2

5285878.1